JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CASBN 202121)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3771
Fax: (510) 637-3724
doug.sprague@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 02-40003 SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| MICHAEL D. HUSTON, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Rule 48(a) of the Federal Rule of Criminal Procedure, the United States Attorney for the Northern District of California dismisses the Indictment and Warrant for Arrest against the defendant.   Defendant was

////

////

////

////

NOTICE OF DISMISSAL

1  charged and sentenced with a lesser charge in Criminal Case No. 02-40129 WDB.

3  DATED: April 2, 2008.                    Respectfully submitted,

4                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney

7                                            _____/s/_____
                                             W. DOUGLAS SPRAGUE
                                             Assistant United States Attorney

12      Leave of the Court is granted to the government to dismiss the Indictment and
Warrant for Arrest against the defendant.

15  DATED: April 2, 2008

16                                           _____
                                             SAUNDRA BROWN ARMSTRONG
                                             United States District Judge

NOTICE OF DISMISSAL                    2